

# U.S. Department of Justice
United States Attorney
Northern District of Georgia

*Richard Russell Federal Building*     *Telephone: (404) 581-6000*
*75 Ted Turner Drive S.W.*             *Fax: (404) 581-6181*
*Suite 600*
*Atlanta, Georgia  30303*

April 1, 2021

James N. Hatten
Clerk of the Court
2212 U.S. Courthouse
75 Ted Turner Dr S.W.
Atlanta, GA 30303

    Re:    United States v. Reyes-Lozano, et al.
             Criminal Action No. 1:20-cr-00233-SDG-LTW
            Substitution of Counsel

Dear Mr. Hatten:

    This is to notify you that the above-styled case has been transferred from AUSA Scott McAfee to AUSA Miguel R. Acosta, telephone number 404-581-6079. I request papers and pleadings in this action be served upon me as counsel of record for the United States from this date forward.

    Sincerely,

    KURT R. ERSKINE
    *Acting United States Attorney*

    */s/ Miguel R. Acosta*
    MIGUEL R. ACOSTA
    *Assistant United States Attorney*
    Georgia Bar Number: 910787

Criminal Action No. 1:20-cr-00233-SDG-LTW

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed the within and foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification to the attorneys of record:

This __1st__ day of _April_, 2021.

MIGUEL R. ACOSTA *Assistant United States Attorney* Georgia Bar Number: 910787